UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMITA FULGHEN,

    Plaintiff,

v.                                                           Case No. 10-11150

JOHN E. POTTER, United States         Honorable Patrick J. Duggan
Postmaster General,

    Defendant.
_____/

## **JUDGMENT**

On March 22, 2010, Plaintiff filed an action alleging retaliation and employment discrimination on the basis of a disability, in violation of the Civil Rights Act of 1964, and wrongful denial of leave, in violation of the Family and Medical Leave Act of 1993. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED**.

Date: November 16, 2010                     s/PATRICK J. DUGGAN
                                                                UNITED STATES DISTRICT JUDGE

Copies to:
Vanessa Miree Mays
Damita Fulghen
18651 Marlowe
Detroit, MI 48235